# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PFEIFER, JENNIFYR | § Case No. 15-80750 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 11/09/2015 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 10/16/2015        By: /s/JOSEPH D. OLSEN
                                                Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PFEIFER, JENNIFYR | § | Case No. 15-80750 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  6,000.00 |
| *and approved disbursements of* | $  20.00 |
| *leaving a balance on hand of* [1] | $  5,980.00 |
| **Balance on hand:** | $  5,980.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  5,980.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 39.24 | 0.00 | 39.24 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 580.50 | 0.00 | 580.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  1,969.74 |
| Remaining balance: | $  4,010.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,010.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,010.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,468.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,950.03 | 0.00 | 422.56 |
| 2 | Commerce Bank | 18,612.50 | 0.00 | 1,321.82 |
| 3 | Capital One Bank (USA), N.A. | 9,817.09 | 0.00 | 697.19 |
| 4 | Capital One, N.A. | 67.76 | 0.00 | 4.81 |
| 5 | American Express Bank, FSB | 954.23 | 0.00 | 67.77 |
| 6 | US DEPT OF EDUCATION | 20,547.32 | 0.00 | 1,459.22 |
| 7 | Synchrony Bank | 519.41 | 0.00 | 36.89 |

Total to be paid for timely general unsecured claims: $ 4,010.26
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| IN RE:<br>PFEIFER, JENNIFYR<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 15-80750 LMT<br><br>HONORABLE THOMAS M. LYNCH |
|---|---|

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant: __Yalden, Olsen & Willette__

Authorized to Provide
Professional Services to: __Trustee__

Date of Order Authorizing Employment: __6/10/215__

Period for Which
Compensation is sought: __5/20/15 through 9/23/15__

Amount of Fees sought: __$580.50__

Amount of Expense
Reimbursement sought: __$0.00__

This is an:              Interim Application _____          Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested<br>(Fees & Expenses) | Total<br>Allowed |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:                    $ 0.00

Date: __9/25/15__                    By: __s/s Joseph D. Olsen__
                                                    Applicant

**EXHIBIT F**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 15-80750-TML
JENNIFYR PFEIFER                                                Chapter 7
      Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: ldixon           Page 1 of 1           Date Rcvd: Oct 21, 2015
                              Form ID: pdf006        Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
```
db             +JENNIFYR PFEIFER,    380 Council Trail,    Lake in the Hills, IL 60156-1507
23082835       +AMEX,   Attn: Bankruptcy Dept.,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
23509337        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23082837        Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
23367794        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23380924        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23082838       +Chase,   P.O. Box 15123,    Wilmington, DE 19850-5123
23082839        Chase,   P.O. Box 15821,    Wilmington, DE 19850-5821
23082840        Commerce Bank Visa,    P.O. Box 806000,    Kansas City, MO 64180-6000
23082843       +Firstsource Advantage, LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
23082846        Nationwide Credit, Inc.,    P.O. Box 26314,    Lehigh Valley, PA 18002-6314
23082849       +TD Bank USA/Targetcred,    Attn: Bankruptcy Dept.,    P.O. Box 673,    Minneapolis, MN 55440-0673
23566316       +US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
23082852       +US Dept of Ed/Glelsi,    Attn: Bankruptcy Dept.,    P.O. Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23082836       +E-mail/Text: mmeyers@blittandgaines.com Oct 22 2015 01:43:14      Blitt & Gaines,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
23352950        E-mail/Text: bankruptcy@commercebank.com Oct 22 2015 01:41:08      Commerce Bank,
                 P O BOX 419248,    KCREC-10,    Kansas City, MO 64141-6248
23082841        E-mail/PDF: mrdiscen@discover.com Oct 22 2015 02:45:17      Discover Bank,    P.O. Box 6103,
                 Carol Stream, IL 60197-6103
23322259        E-mail/PDF: mrdiscen@discover.com Oct 22 2015 02:45:17      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23082842        E-mail/Text: bankruptcynotices@dcicollect.com Oct 22 2015 01:42:32
                 Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
23082844        E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 22 2015 01:40:31      Greentree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
23082845       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 22 2015 01:40:05      Kohls/Capone,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
23082848       +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2015 01:36:44      Syncb/HH Gregg,
                 Attn: Bankruptcy Dept.,    P.O. Box 965036,    Orlando, FL 32896-5036
23612362        E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2015 01:37:30      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
23082851       +Fax: 866-419-3894 Oct 22 2015 02:10:02      US Cellular,    PO Box 7835,    Madison, WI 53707-7835
23082850       +E-mail/Text: bnc@ursi.com Oct 22 2015 01:40:00      United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Craig A Willette
aty              Joseph D Olsen
23082847         Renters
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2015 at the address(es) listed below:
```
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Richard G Larsen    on behalf of Debtor JENNIFYR  PFEIFER rlarsen@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
                                                                                              TOTAL: 4
```